IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOUISE RAFKIN,

    Plaintiff,

v.

MILLS COLLEGE, et al.,

    Defendants

No. C 03-3924 MMC

**ORDER OF DISMISSAL**

    The parties having advised the Court that they have agreed to a settlement of this cause,

    IT IS HEREBY ORDERED that this cause be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

    The case management conference scheduled for February 6 is hereby VACATED.

    **IT IS SO ORDERED.**

Dated: February 5, 2004

/s/ Fern M. Smith for
MAXINE M. CHESNEY
United States District Judge