GREG VICTOROFF, ESQ. (Bar #89688)
ROHDE & VICTOROFF
1880 Century Park East, Suite 411
Los Angeles, California 90067
(310) 277-1482 Office
(310) 277-1485 Fax

Attorneys for Plaintiff,
LOUISE RAFKIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUISE RAFKIN, an individual, ) | Case No. C 03-03924 MMC |
| Plaintiff ) | **REQUEST FOR DISMISSAL** |
| vs. ) | |
| MILLS COLLEGE, a California ) corporation, ) | |
| Defendant. ) | |

Plaintiff Louise Rafkin hereby requests a dismissal of the above-entitled action with prejudice.

DATED: March 25, 2004

Respectfully submitted,
ROHDE & VICTOROFF

By: _____
GREG VICTOROFF, ESQ.
Attorneys for Plaintiff
LOUISE RAFKIN

1
REQUEST FOR DISMISSAL

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA     )
                        )
COUNTY OF SAN FRANCISCO )

I am over the age of 18 and not a party to the within action. My business address is 1880 Century Park East, Suite 411, Los Angeles, California 90067.

On March 25, 2004, I caused the foregoing document(s) described as

# REQUEST FOR DISMISSAL

to be served on the interested parties in this action by placing true copies thereof in sealed envelopes addressed as follows:

Michael DONOVAN, Esq.
HANCOCK, ROTHERT & BUNSHOST
4 Embarcadero Center, Suite 300
San Francisco, CA 94111
Facsimile: (415) 955-2599
E-mail: mldonavan@hrblaw.com

XX   ELECTRONICALLY: I electronically transmitted the document(s) via e-mail to the addressee at the e-mail address designated above.

XX   BY MAIL: I deposited such envelope in the mail box at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

__   BY FACSIMILE: I personally sent the documents via Facsimile machine to the addressee(s)'s Facsimile number(s) designated above.

__   BY FEDERAL EXPRESS: I deposited the documents with the above address in such Federal Express envelope in the Federal Express pick up box at Los Angeles, California. The envelope was FedEx'd per our Customer Account payment system.

___  **STATE Court:**

X    **FEDERAL Court:**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 25, 2004 at Los Angeles, California.

_____
STEPHANIE DU TAN